1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  HAI CI FU,                                    1:09-cv-001229-SMS (HC)

12          Petitioner,                           ORDER GRANTING MOTION
                                                  TO PROCEED IN FORMA PAUPERIS
13      vs.
                                                  (DOCUMENT #2)
14  ERIC H. HOLDER, JR  et al.

15          Respondent.
    _____/

16

17          Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2241.

19          Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20  prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21  afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22  See 28 U.S.C. § 1915.

23  IT IS SO ORDERED.

24  **Dated:    July 27, 2009**               _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28