1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   HAI CI FU,                              )   1:09-CV-01229 SMS HC
                                             )
11                    Petitioner,            )   ORDER GRANTING MOTION TO DISMISS
                                             )   [Doc. #13]
12        v.                                 )
                                             )   ORDER DISMISSING PETITION FOR WRIT
13                                           )   OF HABEAS CORPUS
     ERIC H. HOLDER, JR., et al.,            )
14                                           )
                      Respondents.           )
15   _____)

16
17          Petitioner, a former detainee of the Bureau of Immigration and Customs Enforcement

18   ("ICE"), is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

19          On September 16, 2009, Respondent filed a motion to dismiss the petition for mootness.

20   Respondent states Petitioner was released from custody on August 24, 2009, pursuant to an order of

21   supervision. In support of this contention, Respondent has submitted a copy of an "ICE DACS

22   Custody Screen" reflecting the same. See Attachment to Response.

23          Accordingly, good cause having been presented and good cause appearing therefor, IT IS

24   ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is

25   DISMISSED. The Clerk of Court is DIRECTED to enter judgment.

     IT IS SO ORDERED.
26
     **Dated:    November 20, 2009**              _____/s/ Sandra M. Snyder_____
27                                                UNITED STATES MAGISTRATE JUDGE

28